IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN PATELLA, a sole proprietor doing business as "LittleJohn's" and doing business as "Platinum;" TERRY SMITH KING, a sole proprietor doing business as "Roosters;" and JONATHAN MAURICE BROWN, a sole proprietor doing business as "Big Time Barbershop; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PEOPLE'S REPUBLIC OF CHINA; THE COMMUNIST PARTY OF CHINA; NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA; MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA; MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA; PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF CITY, WUHAN INSTITUTE OF VIROLOGY; and CHINESE ACADEMY OF SCIENCES,<br><br>Defendants. | Case No. 1:20-cv-00433 |

## **VOLUNTARY DISMISSAL**

COME NOW Plaintiffs, on behalf of themselves and all those similarly situated, by and through their undersigned counsel, pursuant to the provisions of Rule 41 (a)(1)(A) of the Federal Rules of Civil Procedure, and hereby voluntarily dismiss the following Defendants from this action:

NATIONAL HEALTH COMMISSION OF
THE PEOPLE'S REPUBLIC OF CHINA;

MINISTRY OF EMERGENCY MANAGEMENT OF

THE PEOPLE'S REPUBLIC OF CHINA;

MINISTRY OF CIVIL AFFAIRS OF
THE PEOPLE'S REPUBLIC OF CHINA;

PEOPLE'S GOVERNMENT OF HUBEI PROVINCE;

PEOPLE'S GOVERNMENT OF CITY OF WUHAN; and

CHINESE ACADEMY OF SCIENCES

Respectfully submitted, this 29 day of October 2020.

    /S/ James Barrett Wilson Jr.
    Attorney-at-Law